# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  03-cr-00310-REB-01 |
| NATHANIEL JOSEPH TURNER | USM Number:  32036-013 |
| | Matthew Golla, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 6 and 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 6 | Violation of the Law | 07/21/06 |

    The defendant is sentenced as provided in page  3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violations 1 2, 3, 4, and 5 and is discharged as to such violations.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 14, 2007
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

September 18, 2007
Date

DEFENDANT:  NATHANIEL JOSEPH TURNER
CASE NUMBER:  03-cr-00310-REB-01                                             Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 | Violation of the Law | 07/21/06 |

DEFENDANT: NATHANIEL JOSEPH TURNER
CASE NUMBER: 03-cr-00310-REB-01                                                                                  Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months to be served consecutively to Case No. 06-cr-00298-LTB-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                             _____
                                                                          UNITED STATES MARSHAL

                                                            By_____

DEFENDANT:  NATHANIEL JOSEPH TURNER
CASE NUMBER:  03-cr-00310-REB-01                                                    Judgment-Page 4 of 3

                                                                Deputy United States Marshal